IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| **John R. Williams** | ) | |
| **SSN: xxx-xx-8227** | ) | **Bankruptcy Case No.** |
| **Carlyn Williams** | ) | |
| **SSN: xxx-xx-7588** | ) | **19-40650-JJR-7** |
| **95 Moss Hill Lane** | ) | |
| | ) | **Chapter 7** |
| **Pell City, AL 35128** | ) | |
| **Debtors,** | ) | |

| | | |
|---|---|---|
| **Rocco J. Leo, as Trustee of the** | ) | |
| **Bankruptcy Estate of John R. Williams** | ) | |
| **And Carlyn R. Williams,** | ) | |
| | ) | **Adversary Proceeding No.:** |
| **Plaintiff,** | ) | |
| | ) | **20-40006-JJR** |
| | ) | |
| **Capstar Bank fka American Security** | ) | |
| **Bank and Trust, Trustmark National Bank** | ) | |
| **and Jeffrey R. Williams,** | ) | |
| **Defendants.** | ) | |

## ANSWER

COMES NOW, Jeffrey R. Williams, by and through his attorney and states the following:

1. Jeffrey R. Williams has an undivided one-third interest in the property located at 119 Tara Lane, Goodlettsville, TN 37072.

/s/ Erskine R. Funderburg, Jr.
Erskine R. Funderburg, Jr. (ASB-4050-D67E)
Attorney for Defendant, Jeffrey R. Williams

OF COUNSEL:
TRUSSELL, FUNDERBURG, REA , BELL, & FURGERSON, P.C.
1905 First Avenue, South
Pell City, Alabama 35125
205-338-7273
Email: gina@tfrblaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the   21st   day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of such filing to the following:

| | |
|---|---|
| C. Taylor Crockett | Max C. Pope, Jr. |
| 2067 Columbiana Road | P.O. Box 2958 |
| Birmingham, Alabama 35216 | Birmingham, AL 35202 |
| taylor@taylorcrockett.com | max@maxpopejr.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM?EMF system participants:

Capstar Bank
c/o Timothy K. Schools
President and Chief Executive Office
P.O. Box 305065
Nashville, Tennessee 37230-5065

Capstar Bank
c/o Tom Lawless
Lawless & Associates, P.C.
701 Broadway Customs House Suite 403
Nashville, Tennessee 37203

Trustmark National Bank
c/o Gerald R. Host
President, Chief Executive Officer &Director
248 East Capitol Street
Jackson, Mississippi 39201

Trustmark National Bank
c/o Duane A. Dewey
Chief Operating Officer & Director
248 East Capitol Street
Jackson, Mississippi 39201

Trustmark National Bank
c/o Gilbert L. Fontenot
P.O. Box 1281
Mobile, Alabama 36633-1281

Trustmark National Bank
7522 Front Beach Road
Panama City Beach, Florida 32407

Trustmark National Bank
P.O. Box 291
Jackson, Mississippi 39205

CT Corporation System, as Registered Agent
of Trustmark National Bank
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

      Respectfully submitted,

      /s/ Erskine R. Funderburg, Jr.
      Erskine R. Funderburg, Jr. (ASB-4050-D67E)
      1905 First Avenue South
      Pell City, Alabama 35125
      Phone: 205-338-7273
      Fax: 205-338-6094
      Email: gina@tfrblaw.com