IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>John R. Williams<br>SSN: xxx-xx-8227<br>Carlyn R. Williams<br>SSN: xxx-xx-7588<br>95 Moss Hill Lane<br>Pell City, AL 35128<br>　　　　　　　　Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case No.<br><br>19-40650-JJR-7<br><br>Chapter 7 |
| Rocco J. Leo, as Trustee of the<br>Bankruptcy Estate of John R. Williams<br>and Carlyn R. Williams,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Capstar Bank fka American Security<br>Bank and Trust, Trustmark National<br>Bank and Jeffrey R. Williams,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding No.:<br><br>20-40006-JJR |

## MOTION TO CONTINUE HEARING ON CAPSTAR BANK'S MOTION TO DISMISS

Comes now Rocco J. Leo, Trustee, by and through his attorney, and moves this Court to continue the hearing on Capstar Bank's Motion to Dismiss (Doc No. 16) to the Court's May 21, 2020 Docket. As grounds for said motion, the movant states the following:

1. This adversary proceeding was filed on the 31st day of January, 2020. The Defendant Capstar Bank filed a Motion to Dismiss on the 19th day of March, 2020.

2. The Plaintiff would like additional time to research and respond to Capstar Bank's Motion to Dismiss.

3. The undersigned's legal assistant is working from home, he is in the process of moving his office and caring for a 81 year old family member undergoing chemotherapy and multiple tests each week.

Wherefore, upon the above-stated premises, the movant requests this Court enter an Order continuing Capstar Bank's Motion to Dismiss to the Court's May 21, 2020 Docket or such other relief as the Court may deem appropriate.

Dated the 6th day of April, 2020.

_____
Max C. Pope, Jr.
Attorney for Trustee, Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

2

CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of April, 2020, I have served a copy of the **foregoing Motion to Continue Hearing on capstar Bank's Motion to Dismiss** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures **as indicated below:**

Robert Joseph Landry, III
Robert_Landry@alnba.uscourts.gov
U. S. Bankruptcy Administrator's Office
1129 Noble Street Rm 117
Anniston, AL 36201-4665

**Served via Notice of Electronic Filing:**
Erskine Ramsay Funderburg, Jr.
erskine@tfrblaw.com
gina@tfrblaw.com
Trussell Funderburg Rea & Bell, PC
1916 1st Avenue North
Pell City, AL 35125-1605

Amanda McGregor Beckett
abeckett@rlselaw.com
Rubin Lublin, LLC
428 N Lamar Blvd Ste 107
Oxford, MS 38655-3221

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

Gilbert Larose Fontenot
gus@maplesfontenot.com
Maples & Fontenot, LLP
PO Box 1281
Mobile, AL 36633

Timothy Paul Pittman
tpittman@rlselaw.com
Rubin Lublin, LLC
200 Clinton Avenue W Ste 406
Huntsville, AL 35801



_____
Max C. Pope, Jr.
Attorney for Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

Case 20-40006-JJR    Doc 23    Filed 04/06/20    Entered 04/06/20 13:34:39    Desc Main
Document      Page 3 of 3