IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>John R. Williams<br>SSN: xxx-xx-8227<br>Carlyn R. Williams<br>SSN: xxx-xx-7588<br>95 Moss Hill Lane<br>Pell City, AL 35128<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case No.<br><br>19-40650-JJR-7<br><br>Chapter 7 |
| Rocco J. Leo, as Trustee of the<br>Bankruptcy Estate of John R. Williams<br>and Carlyn R. Williams,<br><br>Plaintiff,<br><br>vs.<br><br>Capstar Bank fka American Security<br>Bank and Trust, Trustmark National<br>Bank and Jeffrey R. Williams,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding No.:<br><br>20-40006-JJR |

## PLAINTIFF'S RESPONSE TO CAPSTAR BANK'S MOTION TO DISMISS

Comes now Rocco J. Leo, Trustee, by and through his attorney, and responds to the Capstar Bank's Motion to Dismiss and states the following:

1. The Motion to Dismiss sets out the limited premise that there is no Tennessee Code Section which states that just because one co-owner did not sign the Deed of Trust that the whole Deed of Trust is invalid.

2. Tennessee Code Section 66-5-106 states:

    > No deed of conveyance for lands, in whatever manner or form drawn, shall be good and available in law, as to strangers, unless it is acknowledged by the vendor, or proved by two (witnesses upon oath), in the manner prescribed in Chapter 22 and 23 of this Title and registered by Register of the County where the land lies. All deeds so executed shall be valid and pass estates or land or right of other

estates, without liberty of season, attornments, or other ceremony in the law whatever.

3. In this case, two of the owners have signed and had their signature authenticated as required by the Tennessee Code. However, not only has Jeffrey R. Williams not had his signature authenticated, he has not even signed the Deed of Trust.

4. Tennessee Courts have held that an unauthenticated signature renders the whole Deed of Trust invalid as to third parties such as a lien creditor which is the position of the Trustee.

5. In re Crim and Eva M. Lemeh vs. EMC Mortgage Corporation 81 S.W. 3rd 764, (Tenn. 2002) (attached), on a Rule 23 Certified question from bankruptcy Judge Lundin that substituted non-compliance with the statutory prescribed forms rendered a Deed of Trust invalid as to a judicial lien creditor.

6. Other Bankruptcy Courts have ruled other improperly authenticated Deeds of Trust are invalid as to third parties. In re Airport-81 Nursing Care, Inc. 29 B.R. 501 (E.D. Tenn. 1983) and In re: Hutchens 69 B.R. 402 (E.D. Tenn. 1987) both attached.

7. The Tennessee Code Section sets up the requirement for a Deed of Trust, and if they are not met, then the Deed of Trust is not valid as to third parties.

Wherefore, upon the above-stated premises, the Plaintiff/Trustee requests this Court enter an Order denying Capstar Bank's Motion to Dismiss.

Dated the ___ day of May, 2020.

_____
Max C. Pope, Jr.
Attorney for Trustee, Rocco J. Leo

2

Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2020, I have served a copy of the **foregoing Plaintiff's Response to Capstar Bank's Motion to Dismiss** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures **as indicated below:**

**Served via Electronic Mail:**
Robert Joseph Landry, III
Robert_Landry@alnba.uscourts.gov
U. S. Bankruptcy Administrator's Office
1129 Noble Street Rm 117
Anniston, AL 36201-4665

Timothy Paul Pittman
tpittman@rlselaw.com
Rubin Lublin, LLC
200 Clinton Avenue W Ste 406
Huntsville, AL 35801

**Served via Notice of Electronic Filing:**
Erskine Ramsay Funderburg, Jr.
erskine@tfrblaw.com
gina@tfrblaw.com
Trussell Funderburg Rea & Bell, PC
1916 1st Avenue North
Pell City, AL 35125-1605

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

Gilbert Larose Fontenot
gus@maplesfontenot.com
Maples & Fontenot, LLP
PO Box 1281
Mobile, AL 36633

Amanda McGregor Beckett
abeckett@rlselaw.com
Rubin Lublin, LLC
428 N Lamar Blvd Ste 107
Oxford, MS 38655-3221

_____
Max C. Pope, Jr.
Attorney for Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

3

Case 20-40006-JJR    Doc 33    Filed 05/20/20    Entered 05/20/20 13:27:46    Desc Main
Document      Page 3 of 3