IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| **John R. Williams** | ) | **Bankruptcy Case No.** |
| SSN: xxx-xx-8227 | ) | |
| **Carlyn R. Williams** | ) | **19-40650-JJR-7** |
| SSN: xxx-xx-7588 | ) | |
| 95 Moss Hill Lane | ) | **Chapter 7** |
| Pell City, AL 35128 | ) | |
| Debtors. | ) | |
| Rocco J. Leo, as Trustee of the | ) | |
| Bankruptcy Estate of John R. Williams | ) | |
| and Carlyn R. Williams, | ) | |
| | ) | **Adversary Proceeding No.:** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **20-40006-JJR** |
| | ) | |
| Capstar Bank fka American Security | ) | |
| Bank and Trust, Trustmark National | ) | |
| Bank and Jeffrey R. Williams, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CONTINUE HEARING ON
## TRUSTMARK NATIONAL BANK'S MOTION FOR SUMMARY JUDGMENT

Comes now Rocco J. Leo, Trustee, by and through his attorney, and moves this Court to continue the hearing on the Motion for Summary Judgment currently set for September 10, 2020. As grounds for said motion, the movant states the following:

1. A Motion for Summary Judgment was filed by Trustmark National Bank and is currently set for hearing on September 10, 2020.

2. There remains some discovery to which Trustmark National Bank has until September 7, 2020 to respond.

3. The Plaintiff believes that the information may be helpful to Plaintiff's response to Defendant's Motion for Summary Judgment, and depending on the circumstances,

will file a Motion for Summary Judgment of his own.

4. The Counsel for Trustmark National Bank has consented to this continuance.

Wherefore, upon the above-stated premises, the movant requests this Court enter an Order moving the Motion for Summary Judgment and all other attendant deadlines to the Court's October 8, 2020 docket or such other relief as the Court may deem appropriate.

Dated the 31st day of August, 2020.

                                      /s/ Max C. Pope, Jr.
Max C. Pope, Jr.
Attorney for Plaintiff/Trustee, Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

## **CERTIFICATE OF SERVICE**

2

Case 20-40006-JJR    Doc 73    Filed 08/31/20    Entered 08/31/20 16:56:24    Desc Main
Document    Page 2 of 3

I hereby certify that on the 31st day of August, 2020, I have served a copy of the **foregoing Motion to Continue Hearing on Trustmark National Bank's Motion for Summary Judgment** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures **as indicated below:**

**Served via Electronic Mail:**
Robert Joseph Landry, III
Robert_Landry@alnba.uscourts.gov
U. S. Bankruptcy Administrator's Office
1129 Noble Street Rm 117
Anniston, AL 36201-4665

Timothy Paul Pittman
tpittman@rlselaw.com
Rubin Lublin, LLC
200 Clinton Avenue W Ste 406
Huntsville, AL 35801

**Served via Notice of Electronic Filing:**
Erskine Ramsay Funderburg, Jr.
erskine@tfrblaw.com
gina@tfrblaw.com
Trussell Funderburg Rea & Bell, PC
1916 1st Avenue North
Pell City, AL 35125-1605

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

Gilbert Larose Fontenot
gus@maplesfontenot.com
Maples & Fontenot, LLP
PO Box 1281
Mobile, AL 36633

Amanda McGregor Beckett
abeckett@rlselaw.com
Rubin Lublin, LLC
428 N Lamar Blvd Ste 107
Oxford, MS 38655-3221

Max C. Pope, Jr.
Attorney for Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

3

Case 20-40006-JJR    Doc 73    Filed 08/31/20    Entered 08/31/20 16:56:24    Desc Main
Document    Page 3 of 3